ACCEPTED
12-15-00232-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 11:48:48 AM
Pam Estes
CLERK

## NO. 12-15-00232-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **TWELFTH COURT** | 11/2/2015 11:48:48 AM<br>PAM ESTES<br>Clerk |
| | § | | |
| **LENNIS TERRANCE OWENS** | § | **OF APPEALS** | |
| | § | | |

## MOTION FOR REHEARING ON DISMISSAL FOR WANT OF JURISDICTTION

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Lennis Terrance Owens, appellant in the above styled and numbered cause, and moves for rehearing on the Court's order of dismissal, and for good cause shows the following:

1.     This appeal is related only to the denial of a motion for new trial by the trial court.  Prior filings by Appellant submit that the appeal was limited to issues that may be present from that proceeding.

2.     The reporter's record has yet to have been prepared and filed. Appellate counsel was not trial counsel, and has not had the opportunity to review the record in regard to the new trial hearing.

3.     Appellant would respectfully submit that the dismissal is premature and in error in regards to want of jurisdiction, as the appeal relates to matter purportedly not waived by the Appellant.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an rehearing and reconsideration of the dismissal by this court on the basis of want of jurisdiction.

Respectfully submitted,

STEPHEN EVANS
1000 N. Church
P.O. Box 754
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

*/s/ Stephen Evans*

By:_____
Stephen Evans
State Bar No. 06717580
sevanslaw@aol.com
Attorney for Lennis Terrance Owens

## CERTIFICATE OF SERVICE

This is to certify that on November 2, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by electronic service through the Electronic Filing Manager.

*/s/ Stephen Evans*

Stephen Evans